# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 16-CR-2412-GPC |
|---|---|
| Plaintiff, | **RESTITUTION ORDER** |
| v. | |
| ARMANDO ANGULO (1), DAVID URBINA (2), and JOSE ERNESTO CAMARILLO (3), | |
| Defendants. | |

Defendants Armando Angulo, David Urbina, and Jose Ernesto Camarillo shall be jointly and severally liable for restitution as to Victim Nos. 40-81 (specified below) in the total amount of $63,000.

Defendants Armando Angulo and David Urbina shall be jointly and severally liable for restitution as to Victim Nos. 20-39 (specified below) in the total amount of $30,000.

Defendant Armando Angulo shall be solely liable for restitution as to Victim Nos. 1-19 (specified below) in the total amount of $28,500.

Restitution shall be paid to or on behalf of the following victim(s):

| Victim No. | Victim Name |
|---|---|
| 1. | Patricio Rocha Ruiz |
| 2. | Vibiana Hernandez |
| 3. | Julian Avila |
| 4. | Peter George Najor |
| 5. | Luis Felipe Serran Marin |
| 6. | Macario Ramirez Alvarado |
| 7. | Yara Paulina Ortegon |

| | | |
|---|---|---|
| 1 | 8. | Edgar Orencia |
| | 9. | Juaymah Santos Bay |
| 2 | 10. | Miguel Felix |
| | 11. | Fatuma Mohamed Saeed |
| 3 | 12. | Rudy jaimes |
| | 13. | Joseph Daniel Equihua |
| 4 | 14. | Isai Rangel |
| | 15. | Juan Rojas |
| 5 | 16. | Hai Phan |
| | 17. | Jose Aguilar Garcia |
| 6 | 18. | Heidi Mejia Gonzalez |
| | 19. | Joaquin Durban |
| 7 | 20. | Donald Kleeberg |
| | 21. | Oliver Michael Roy |
| 8 | 22. | Luis Favela |
| | 23. | Aaron Crow |
| 9 | 24. | Veronica Saenz |
| | 25. | Saraneli Ortiz |
| 10 | 26. | Travis Harrup |
| | 27. | Nicole Fraide Orozco |
| 11 | 28. | Leslie Ann Blancherd |
| | 29. | Fernando Neri Hernandez |
| 12 | 30. | David Mosby |
| | 31. | Salvador Perez |
| 13 | 32. | Wendy Beveridge |
| | 33. | Joseph Hilbert |
| 14 | 34. | Eduardo Silva |
| | 35. | Molly Jane Maddocks |
| 15 | 36. | Darren Houle |
| | 37. | Josefina Castillo De Latorre |
| 16 | 38. | Ramon Alatorre |
| | 39. | Andre Dolores De Los Santos |
| 17 | 40. | Francisco Rodriguez |
| | 41. | Christian Lopez |
| 18 | 42. | Rosa Carbajal Lopez |
| | 43. | Jorge Ramirez Juarez |
| 19 | 44. | Victor Pablito Yanez |
| | 45. | Sonny Tuazon |
| 20 | 46. | Brendan Graves |
| | 47. | Sarah Kern |
| 21 | 48. | Adelina Enriquez |
| | 49. | Geico Insurance |
| 22 | 50. | Mesfin Gebre |
| | 51. | Amber McGirr |
| 23 | 52. | Juan Jose Verduzco |
| | 53. | Cindy Sphabmixay |
| 24 | 54. | Erin Bigley |
| | 55. | Francisco Vasquez |

| 56. | Araceli Aguilar |
|-----|-----------------|
| 57. | Marilu Jimenez Garcia |
| 58. | Jesus Suarez |
| 59. | Webster Joe Peeples |
| 60. | Miguel Herrera |
| 61. | Nidia Kimberly Lopez |
| 62. | Armando Rivera |
| 63. | Cesar Gastelum |
| 64. | Benjamin Godoy |
| 65. | Valente Cazares |
| 66. | Joseph Sparacino |
| 67. | Claudia Pineda |
| 68. | Roy Peter Lather |
| 69. | Leonard James Miller |
| 70. | Ricardo Garcia |
| 71. | Abraham Delgado |
| 72. | Kelli Brown |
| 73. | Jose Velasquez Mendoza |
| 74. | Jose Echeverria Romero |
| 75. | Alejandro Jimenez Rodriguez |
| 76. | Carlos Aguilar Ornelas |
| 77. | Maria Santos |
| 78. | Giovany Anthony Orduno |
| 79. | Jessica Harper |
| 80. | Ryan Dale Regondola |
| 81. | Ricardo A Brunnayon |

Defendants shall each enroll in the Inmate Financial Responsibility Program for any period of incarceration. The total amount of restitution shall be due immediately and shall be ordered to be paid forthwith. Additionally, ^(upon release from custody,) defendants shall each pay a minimum of $~~300~~ $200.00 monthly toward restitution. The existence of this payment schedule shall not foreclose the United States from exercising all legal actions, remedies, and processes available to collect the restitution judgment.

IT IS SO ORDERED.

DATED: 09/22/17

HON. GONZALO P. CURIEL
UNITED STATES DISTRICT JUDGE

3